IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
SANDRA SMITH, on behalf of      *
herself and all others similarly*
situated,                       *
                                *
        Plaintiff,              *
                                *
        v.                      *     CV 119-209
                                *
CONTRACT CALLERS, INC.,         *
                                *
        Defendant.              *
```

O R D E R

Presently before the Court is the Parties' stipulation of dismissal. (Doc. 14.) Plaintiff and Defendant consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's individual claims are **DISMISSED WITH PREJUDICE** and Plaintiff's class claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of March, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA